IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cr380

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| MARVIN MAURICE GOODSON ) | |

**THIS MATTER** is before the Court upon motion of the defendant requesting that witness fees be paid to Stephanie Costabel and Anitra Hampton, who testified during the defendant's case at his recent jury trial. (Doc. No. 19)

The Court finds that the defendant has shown an inability to pay the witnesses' fees and that the witnesses' presence was necessary for an adequate defense. Fed. R. Crim. P. 12(b).

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **GRANTED** and the witnesses' fees will be paid in the same manner as those paid for witnesses under government subpoena.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals service, and the U.S. Probation office.

Signed: May 21, 2007

Robert J. Conrad, Jr.
Chief United States District Judge