IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06-CR-00380-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARVIN MAURICE GOODSON | ) | |
| | ) | |

**THIS MATTER** is before the Court upon letter of the defendant pro se questioning his jail credit. (Doc. No. 50).

The defendant was recently sentenced to 13 months' imprisonment for violating the conditions of his supervised release. (Doc. No. 49: Revocation Judgment). According to the letter, the defendant asserts he should be released in October 2020, with good time credits, instead of November. (Id. at 1).

It is the responsibility of the Attorney General, through the Bureau of Prisons, to compute jail credit. United States v. Stroud, 584 F. App'x 159, 160 (4th Cir. 2014) (citing United States v. Wilson, 503 U.S. 329, 334-35 (1992)). If a defendant is not given the sentencing credit he thinks he deserves, his recourse is first to seek an administrative remedy, 28 C.F.R. § 542.10, and after that to file a petition under 28 U.S.C. § 2241 in the district of confinement.[1] Id.

---

[1] The defendant states he is being held at the Tallahatchie County Correctional Facility, in Tutwiler, Mississippi, which is in the Northern District of Mississippi. (Doc. No. 50: Letter at 1).

**IT IS, THEREFORE, ORDERED**, that the defendant's pro se request for jail credit, (Doc. No. 50), is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: August 5, 2020

*[signature: Robert J. Conrad, Jr.]*

Robert J. Conrad, Jr.
United States District Judge